JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: eric.schmale@usdoj.gov

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice
D. ZACHARY ADAMS
Trial Attorney
1400 New York Ave NW
Washington, D.C. 20005
Telephone: (202) 514-1263
Email:  david.zachary.adams@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEELAD DEZFOOLI,<br><br>Defendant. | Case No.: 2:22-CR-142-RFB-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, and D. Zachary Adams, Trial Attorney, Money Laundering and Asset Recovery Section; and David Chesnoff and Richard Schonfeld, Esq., attorneys for Defendant Meelad Dezfooli, that the Court to extend

the deadlines for meeting and conferring regarding discovery, and the deadline for the government disclosure statement.

This Stipulation is entered into based on the following circumstances and reasons:

1. The initial appearance and arraignment for defendant Meelad Dezfooli was held on July 11, 2022. Local Rule 16-1(b)(2) provides that within seven days of arraignment, the parties must meet and confer regarding discovery. The local rule further provides that within seven days of this conference, the government must file its disclosure statement.

2. At the July 11, 2022, proceeding, David Chesnoff, Esq. and Richard A Schonfeld, Esq., entered a special appearance on behalf of the defendant for purposes of the initial appearance and detention hearing. ECF No. 14. The Honorable Magistrate Judge Brenda Weksler ordered Defendant to provide a status update regarding his legal representation no later than July 18, 2022. ECF No. 6.

3. On July 18, 2022, counsel for the defendant David Chesnoff, Esq., filed a motion to withdraw from the case and recommended that the case be referred to the Federal Public Defender. ECF No. 19. That motion remains pending.

4. Also on July 18, 2022, the government called Mr. Chesnoff to confer regarding discovery. In this call, the parties agreed that it would be appropriate for the discovery conference to proceed after the Court has ruled on defense counsel's motion to withdraw and any new counsel of record has appeared on behalf of the defendant.

5. Accordingly, the parties request that the deadlines for a discovery conference and the government filing of a government disclosure statement be continued 21 days from the present deadlines under the Local Rules, and that the parties shall have

until August 8, 2022, to confer regarding discovery, and the government shall have until August 15, 2022, to file its disclosure statement.

DATED this 20th day of July, 2022.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | CHESNOFF & SCHONFELD, PC |
| /s/ Eric C. Schmale<br>ERIC C. SCHMALE<br>Assistant United States Attorney<br>D. ZACHARY ADAMS<br>Trial Attorney | /s/ David Z. Chesnoff<br>DAVID Z. CHESNOFF<br>RICHARD A. SCHONFELD |

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MEELAD DEZFOOLI,<br><br>　　　　　Defendant. | Case No.: 2:22-CR-142-RFB-DJA<br><br>[~~PROPOSED~~] ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court ORDERS that counsel for the parties shall hold a discovery conference no later than _August 8, 2022_, and that the government shall file its disclosure statement no later than _August 15, 2022_.

Dated this _22nd_ day of July 2022,

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE II
　　　　　　　　　　　　　　　　　　　　UNITED STATES. DISTRICT JUDGE