# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEELAD DEZFOOLI,<br><br>Defendant. | Case No.: 2:22-cr-00142-RFB-DJA |

## ORDER

This matter comes before the Court on the Motion to Withdraw ERIC C. SCHMALE's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

**IT IS THEREFORE ORDERED** that the appearance of ERIC C. SCHMALE in the above-referenced case is withdrawn, and the Clerk's Office is instructed to remove Mr. Schmale's email address from the CM/ECF electronic service list.

DATED this 29th day of June, 2023.

_____
HONRABLE
UNITED STATES JUDGE

2