RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Meelad Dezfooli

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:22-cr-00142-RFB-DJA |
| Plaintiff, | ) ) ) | **MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR APPOINTMENT OF CONFLICT-FREE COUNSEL** |
| vs. | ) ) | |
| MEELAD DEZFOOLI, | ) ) | |
| Defendant. | ) ) | |

On behalf of the Defendant, Meelad Dezfooli, Assistant Federal Public Defender Heidi Ojeda, files this Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel, and states the following:

Recently, undersigned counsel learned of a conflict of interest in continuing to represent Mr. Dezfooli. Undersigned counsel investigated and researched the nature of the conflict before filing this motion.

Counsel is unable to disclose the nature of the conflict; however, the Federal Public Defender's Office has staffed the purported conflict and has concluded that a conflict in this matter does in fact exit regarding the continued representation of Mr. Dezfooli. The conflict prevents

undersigned counsel and the Office of the Federal Public Defender of Nevada from providing zealous, conflict-free representation during all stages of Mr. Dezfooli's criminal proceedings.

Because of the conflict of interest, undersigned counsel moves to withdraw immediately as counsel. In addition, undersigned counsel requests immediate appointment of independent, conflict-free counsel for Mr. Dezfooli.

Undersigned counsel does not file this motion lightly. Nor is she filing this motion for any improper purpose or to delay. Rather, counsel is concerned about the need to appoint conflict-free counsel as soon as possible because trial in this case is set in May 2024.

The undersigned has alredy mailed a letter to Mr. Dezfooli advising him of this conflict and is mailing a copy this motion to Mr. Dezfooli as required by LR IA 10-6(b). Counsel has separately alerted the government to this issue.

Considering the conflict of interest, undersigned counsel requests permission to withdraw immediately as counsel and requests the immediate appointment of independent, conflict-free counsel for Mr. Dezfooli.

Respectfully submitted this 29th day of February 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Heidi Ojeda  
HEIDI OJEDA  
Assistant Federal Public Defender

IT IS ORDERED the motion Motion to withdraw is GRANTED.

IT IS FURTHER ORDERED, the CJA Resource counsel shall appoint new counsel to represent Mr Dezfooli.

Dated this the 1st day of March, 2024.

IT IS SO ORDERED:

_____  
RICHARD F. BOULWARE, II  
United States District Judge