BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300
Email rpocker@bsfllp.com
Attorney for Defendant
MEELAD DEZFOOLI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MEELAD DEZFOOLI,<br><br>  Defendant. | 2:22-CR-142-RFB-DJA<br><br>**Defendant Meelad Dezfooli's Unopposed Motion to Extend Time to File Responses to the Government's Motions for Interlocutory Order of Sale for (1) 1829 La Calera Avenue, (2) 890 Harbor Avenue, (3) 6033 Watermelon Street, and (4) 6116 Chinook Way (ECF Nos. 132, 133, 135, 136, respectively).**<br>**(First Request)** |

This Motion to Extend Time is the first request for such relief.  (Local Rule IA 6-1 of the Local Rules of Practice for the U.S. District Court for the District of Nevada.)

Defendant MEELAD DEZFOOLI respectfully moves this Court for an Order extending the time for him to file his Responses to the Government's Motions for Interlocutory Order of Sale for 1829 La Calera Avenue, 890 Harbor Avenue, 6033 Watermelon Street, and 6116 Chinook Way. The current deadline for 1829 La Calera Avenue is April 16, 2024 (ECF No. 132); for 890 Harbor Avenue is April 17, 2024 (ECF No. 133); for 6033 Watermelon Street is April 18, 2024 (ECF No. 135); and for 6116 Chinook Way is April 18, 2024 (ECF No. 136). Defendant DEZFOOLI requests an extension to and including May 2, 2024, in which to file its Responses.

While undersigned counsel has reviewed the file and scheduled to meet with DEZFOOLI next Friday or (sometime the following week,) he must speak with him to determine what positions he wishes to take concerning these motions and other issues in this case.

  Assistant United States Attorney Hollingsworth and I spoke about the requested extension of time. He had no objection and agreed to it. This Unopposed Motion is not submitted solely for the purpose of delay or for any other improper purpose, but rather to enable counsel to prepare Responses which reflect the client's intentions.

  For the foregoing reasons, Defendant DEZFOOLI requests an extension of time to and including May 2, 2024, so as to allow Defendant DEZFOOLI and his counsel to decide the Responses he wishes to make to the motions.

DATED: April 12, 2024.

BOIES SCHILLER FLEXNER LLP

/s/ Richard J. Pocker
RICHARD J. POCKER, ESQ.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE

DATED: April 17, 2024

**CERTIFICATE OF SERVICE**

    I certify that on this 12th day of April, 2024 service of Defendant DEZFOOLI'S Unopposed Motion to Extend Time to File Responses to the Government's Motions for Interlocutory Order of Sale for (1) 1829 La Calera Avenue, (2) 890 Harbor Avenue, (3) 6033 Watermelon Street, and (4) 6116 Chinook Way (ECF Nos. 132, 133, 135, 136, respectively). (First Request) via the United States District Court e-filing system was made on all of the parties that have entered their appearances in this case.

    /s/ Richard J. Pocker
    An employee of Boies Schiller Flexner LLP

3