JASON M. FRIERSON
United States Attorney
Nevada Bar No.7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-142-RFB-DJA |
| Plaintiff, | **United States of America's Unopposed Motion to Extend Time to File Reply to Defendant's Response, ECF No. 146, to Prevent HOA Default Foreclosure Sale of 6033 Watermelon Street, North Las Vegas, Nevada 89081, ECF No. 134** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant. | **(First Request)** |

        The United States respectfully moves this Court for an Order extending time to file its Reply to Defendant Meelad Dezfooli's Response, ECF No. 146, to Prevent HOA Default Foreclosure Sale of 6033 Watermelon Street, North Las Vegas, Nevada 89081 (Motion), ECF No. 134. The current deadline for government's Reply is April 30, 2024. The United States requests an extension to and including May 14, 2024, to file its Reply. This is government's first request.

        Although Defendant Dezfooli does not oppose government's requested relief in the Motion, he does "object to the Government's public filing of private financial account numbers in violation of Local Rule IC 6-1(a)(4) of the Local Rules of Practice for the United States District Court for the District of Nevada, as well as Paragraph 8(c) of the Modified Protective Order (ECF No. 45)." ECF No. 146.

        The government needs the additional time to resolve any alleged violations and would like an opportunity to correct any inadvertent errors. Additionally, undersigned will be out of state next week for work.

Undersigned counsel has corresponded with defense counsel, Richard J. Pocker, on April 26, 2024, and he does not oppose this request for an extension. This Unopposed Motion for an extension of time is not made for purposes of delay or for any other improper purposes.

For the foregoing reasons, the government requests and extension of time to and including May 14, 2024, to file its Reply and to remedy any violations claimed by Defendant.

Dated: April 26, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

                    April 29, 2024
Dated: _____