BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300
Email rpocker@bsfllp.com
Attorney for Defendant
MEELAD DEZFOOLI

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:22-CR-142-RFB-DJA |
|---|---|
| Plaintiff, | **Defendant Meelad Dezfooli's Unopposed Motion to Extend Time to File Responses to the Government's Motions for Interlocutory Order of Sale for (1) 1829 La Calera Avenue, (2) 890 Harbor Avenue, (3) 6033 Watermelon Street, and (4) 6116 Chinook Way (ECF Nos. 132, 133, 135, 136, respectively).** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant. | |
| | **(Third Request)** |

This Motion to Extend Time is the third request for such relief. (Local Rule IA 6-1 of the Local Rules of Practice for the U.S. District Court for the District of Nevada.)

Defendant MEELAD DEZFOOLI respectfully moves this Court for an Order extending the time for him to file his Responses to the Government's Motions for Interlocutory Order of Sale for 1829 La Calera Avenue, 890 Harbor Avenue, 6033 Watermelon Street, and 6116 Chinook Way. The current deadline for all such Responses is May 17, 2024. Defendant DEZFOOLI requests an extension to and including May 24, 2024, in which to file its Responses.

Undersigned counsel met with Defendant DEZFOOLI, and has spoken with him further to determine what positions he wishes to take concerning these motions and other issues in this case. Nonetheless, counsel needs additional time to research potential arguments and gather supporting evidence. Defendant DEZFOOLI'S presence in pretrial custody and scheduling problems with the detention center at which he resides, have complicated effective meetings in this complex case.

Defendant DEZFOOLI is presently detained pending trial and is consequently separated from his business records and vital information necessary to oppose the Government's Motions. It is also extremely difficult to work on motion response preparation in a complex white collar business case when the client is for all practical purposes unavailable to readily assist counsel.

Assistant United States Attorney Hollingsworth and I communicated regarding the requested extension of time. He had no objection and agreed to it. This Unopposed Motion is not submitted solely for the purpose of delay or for any other improper purpose, but rather to enable counsel to prepare Responses which reflect the client's intentions.

For the foregoing reasons, Defendant DEZFOOLI requests an extension of time to and including May 24, 2024, so as to allow Defendant DEZFOOLI and his counsel the Responses he wishes to make to the motions.

DATED: May 13, 2024.

BOIES SCHILLER FLEXNER LLP


/s/ Richard J. Pocker
RICHARD J. POCKER, ESQ.



IT IS SO ORDERED:

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE

DATED: 5/14/2024

**CERTIFICATE OF SERVICE**

I certify that on this 13ˢᵗ day of May, 2024 service of Defendant DEZFOOLI'S Unopposed Motion to Extend Time to File Responses to the Government's Motions for Interlocutory Order of Sale for (1) 1829 La Calera Avenue, (2) 890 Harbor Avenue, (3) 6033 Watermelon Street, and (4) 6116 Chinook Way (ECF Nos. 132, 133, 135, 136, respectively). (Third Request) via the United States District Court e-filing system was made on all of the parties that have entered their appearances in this case.

/s/ Richard J. Pocker
An employee of Boies Schiller Flexner LLP

# Karen D. Foster

| | |
|---|---|
| **From:** | Hollingsworth, Daniel (USANV) <Daniel.Hollingsworth@usdoj.gov> |
| **Sent:** | Monday, May 13, 2024 2:34 PM |
| **To:** | Karen D. Foster |
| **Cc:** | Richard Pocker; Debra Burgos |
| **Subject:** | RE: USA v. Dezfooli |

I have no objection to this extension of time.

Thank you,

DDH.

**From:** Karen D. Foster <kdfoster@BSFLLP.com>
**Sent:** Monday, May 13, 2024 10:26 AM
**To:** Hollingsworth, Daniel (USANV) <DHollingsworth@usa.doj.gov>
**Cc:** Richard Pocker <rpocker@BSFLLP.com>; Debra Burgos <dburgos@BSFLLP.com>
**Subject:** [EXTERNAL] USA v. Dezfooli

Good morning, Dan. I called and left you a voice message earlier this morning requesting an extra week to respond to the motions seeking interlocutory orders of sale in the Dezfooli case. Attached is a proposed Unopposed Motion for purposes of effectuating such an extension.
   Please advise as to the Government's position on my request, so I can determine which variety of motion for extension I must file.

Richard Pocker

**Karen D. Foster**
Receptionist

## BOIES SCHILLER FLEXNER LLP

300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
(t) +1 702-382-7300
(f) +1 702-382-2755
kdfoster@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]