JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MEELAD DEZFOOLI,<br><br>          Defendant. | 2:22-CR-142-RFB-DJA<br><br>**Government's Unopposed Motion to Extend Time to File its Replies to the Responses to the Motions Regarding Real Property, ECF Nos. 132, 133, 135, 136, 154 (First Request)** |

This Motion to Extend Time is the first request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending time for the government to file its replies to responses to the Motions regarding real property.[1] The current deadline for the Responses filed May 23, 2024, is May 30, 2024, and the current deadline for the Responses filed May 24, 2024, is May 31, 2024.[2] The government requests an extension until July 17, 2024.

Richard Pocker agreed to this extension of time on May 24, 2024.

In the Responses filed, Dezfooli discussed information and evidence that will need to be investigated, which will take time. Undersigned has many tightly scheduled deadlines

---

[1] Motion for an Interlocutory Order Sale of 1829 La Calera Avenue, ECF No. 132; Motion for an Interlocutory Order Sale of 890 Harbor Avenue, ECF No. 133; Motion for an Interlocutory Order of Sale of 6033 Watermelon Street, ECF No. 135; Motion for an Interlocutory Order of Sale of 6116 Chinook Way, ECF No. 136; Motion to Prevent Clark County Treasurer from a Tax Sale of 6116 Chinook Way, ECF No. 154.
[2] Responses, ECF Nos. 158-162.

1 for district court cases with complex issues that have taken, and will take, large amounts of
2 time and resources to complete. Undersigned has worked extremely hard and efficiently in
3 trying to meet all the deadlines. Additionally, undersigned will be unavailable from June 8,
4 2024, through at least June 24, 2024, but may be unavailable longer than stated here. This
5 Motion is not submitted solely for the purpose of delay or for any other improper purpose.
6      Because of the foregoing reasons, the government requests the extension of time until
7 July 17, 2024, to file the replies to the responses filed regarding the real property.
8      DATED: May 24, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

DATED: 5/25/2024