# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEELAD DEZFOOLI<br><br>Defendants | Case No. 2:23-cr-00142-CDS-DJA<br><br>**ORDER TO PRODUCE**<br>**MEELAD DEZFOOLI,**<br>**#10231-510** |

TO:   WARDEN, NEVADA SOUTHERN DETENTION CENTER, LAS VEGAS, NV

**THE COURT HEREBY FINDS that MEELAD DEZFOOLI, #10231-510,** presently in custody of the Nevada Southern Detention Center, located at 2190 East Mesquite Avenue, Pahrump, NV 89060.

**IT IS ORDERED** that the Warden of Nevada Southern Detention Center, or his designee, shall transport and produce **MEELAD DEZFOOLI, #10231-510,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 6B, Las Vegas, Nevada, on Friday, August 23, 2024 at 9:30 a.m. for the scheduled meeting with his counsel, Richard Pocker, and that MEELAD DEZFOOLI, #10231-510, shall thereafter be returned to the custody of the Warden, Nevada Southern Detention Center, Las Vegas, NV, under safe and secure conduct.

Dated:  August 22, 2024

_____
**CRISTINA D. SILVA**
**UNITED STATES DISTRICT JUDGE**