UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES AMERICA<br>　　　Plaintiff, | CASE: 2:22-CR-00142-CDS-DJA |
| vs. | MINUTES OF THE COURT |
| MEELAD DEZFOOLI<br>　　　Defendant. | Dated: August 26, 2024 |

PRESENT: <u>HONORABLE CRISTINA D. SILVA, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:    D. SAAVEDRA        COURT REPORTER:  SAMANTHA MCNETT

COUNSEL FOR GOVERNMENT: Daniel Schiess, David Adams, and Taylor Stout, AUSA

COUNSEL FOR DEFENDANT(S): Richard Pocker

PROCEEDINGS: Jury Trial Day 1

　　　Proceedings begin at 9:33 a.m. Parties are present.

　　　The Court makes preliminary remarks.

　　　The Court makes preliminary remarks. Government and Defense address matters outside the presence of the jury. The Court DENIES motion to permit attendance at sidebar conference ECF # 223.

　　　63 proposed jurors enter the courtroom at 9:48 a.m. and are sworn. Voir Dire begins.

　　　Proceedings recess from 11:02 a.m. – 11:20 a.m.

　　　Outside presence of jury the Court further questions prospective jurors # 3, 15, 29, 40 and 42. Jurors 3, 40 and 42 are excused.

　　　Proceedings recess from 11:26 a.m. – 11:33 a.m.

　　　Voir Dire continues.

　　　Jurors are excused at 12:37 p.m.

　　　Matters are discussed outside the presence of the jury.

UNITED STATES OF AMERICA V. MEELAD DEZFOOLI
2:22-CR-00142-CDS-DJA
AUGUST 26, 2024
PAGE 2

Proceedings recess from 12:40 p.m. -1:32 p.m.

Voir Dire resumes.

Counsel exercise peremptory challenges.

14 jurors are seated and sworn.

Proceedings recess from 11:56 a.m. – 1:15 p.m.

Proceedings recess at 3:48 p.m. the court admonishes the jury.

Outside the presence of the jury, matters are discussed.

Proceedings recess at 3:53 p.m.

**IT IS ORDERED that the jury trial is continued to Tuesday, August 27, 2024, at 9:30 a.m. in courtroom 6B.**

DEBRA K. KEMPI, CLERK
United States District Court
By: ____/s/_____
D. Saavedra, Deputy Clerk