1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9  | UNITED STATES OF AMERICA,

10 |         Plaintiff

11 | v.

12 | MEELAD DEZFOOLI,

13 |         Defendant

14

Case No. 2:22-cr-00142-CDS-DJA

**Order Granting United States of America's Motion to Prevent the Sale of 176 Glen Falls Avenue, Henderson, Nevada 89002**

[ECF No. 231]

15    The United States moves this Court to issue an Order to prevent the Clark County

16 Treasurer from pursuing a tax sale and to prevent Paradise Hills Landscape Maintenance

17 Association, Inc. (Paradise Hills HOA) from proceeding with a HOA default foreclosure

18 sale on 176 Glen Falls Avenue, Henderson, Nevada 89002 (176 Glen Falls).[1] 21 U.S.C. §

19 853(k) prohibits the Treasurer and Paradise Hills HOA from selling the property

20

21

[1] 176 Glen Falls Avenue, Henderson, Nevada 89002, more particularly described as: LOT 17 IN BLOCK "C" OF PARADISE HILLS NO. 16, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 8, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. EXCEPTING THEREFROM ALL MINERALS, OIL, GAS PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL ENERGY SOURCES IN OR UNDER OR WHICH MAY BE PRODUCED FROM THE WITHIN-DESCRIBED LAND WHICH LIE BELOW A PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF THE WITHIN-DESCRIBED LAND, FOR THE PURPOSE OF PROSPECTING, EXPLORATION, DEVELOPMENT, PRODUCTION, OR EXTRACTION OF SAID SUBSTANCES BY MEANS OF MINES, WELLS, DERRICKS, AND/OR OTHER EQUIPMENT; PROVIDED, HOWEVER, THAT THE OWNER OF SAID SUBSTANCES SHALL HAVE NO RIGHT TO ENTER THE SURFACE OF THE WITHIN-DESCRIBED LAND NOR TO USE SAID LAND ABOVE SAID PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF SUCH LAND; TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 179-31-212-022.

22

23

24

25

26

27

28

because 176 Glen Falls is subject to forfeiture in the Criminal Superseding Indictment. The United States has authority to protect its forfeiture interest in 176 Glen Falls under 21 U.S.C. § 853(c) and 853(e)(1)(A). Accordingly, this Court should grant this Motion and issue the Order.

This Motion is made and is based on the following Memorandum of Points and Authorities, the pleadings and papers on file, and the attached Exhibits.[2]

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

The United States adopts and incorporates the facts stated in the Superseding Criminal Indictment.[3]

Beginning on or around April 2020 and continuing until at least on or around March 2021, Meelad Dezfooli knowingly executed, and attempted to execute, a scheme to defraud and artifice to obtain money and property owned by, and under the custody and control of, financial institutions by means of materially false and fraudulent pretenses, representations, and promises. Dezfooli submitted fraudulent PPP loan applications and obtained approximately $11.2 million to unjustly enrich himself and others.[4]

On or around March 24, 2021, Dezfooli purchased 176 Glen Falls at public auction for $452,000 under the name of Sanam Limited, an entity formed by Dezfooli to further his scheme of fraudulent PPP loan applications.[5] Dezfooli identified himself as the sole owner of Sanam Limited.[6]

On June 22, 2022, a Grand Jury returned an Eight-Count Criminal Indictment charging Dezfooli with bank fraud, concealment money laundering, and monetary transactions in criminally derived property.[7] On December 12, 2023, a Ten-Count Superseding Criminal Indictment was returned charging Dezfooli with three counts of bank

---

[2] All Exhibits are attached hereto and incorporated herein by reference as if fully set forth herein.
[3] LR IA 10-3(a); Superseding Criminal Indictment (SCI), ECF No. 97.
[4] SCI, ECF No. 97.
[5] SCI, ECF No. 97; Exhibit (Ex.) 14-1 Trustee's Deed Upon Sale for 176 Glen Falls Avenue, Henderson, Nevada 89002.
[6] SCI, ECF No. 97, p. 2.
[7] Criminal Indictment, ECF No. 1; Minutes of Proceedings, ECF No. 3.

fraud in violation of 18 U.S.C. § 1344(2), three counts of concealment money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and four counts of monetary transactions in criminally derived property in violation of 18 U.S.C. § 1957.[8] At his arraignment, Dezfooli plead not guilty to all ten Counts.[9] A jury trial commenced on August 26, 2024.[10]

In the Superseding Criminal Indictment, forfeiture is alleged under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1) and 982(a)(2)(A) and identified 176 Glen Falls, four other real properties, a 2021 Tesla, and a 2021 Bentley as forfeitable property, and criminal forfeiture money judgments of at least $11,231,186.52, $2,303,872.56, and $965,276.11.[11]

On July 12, 2022, the United States filed Notices of Lis Pendens with this Court for all five real properties subject to forfeiture as identified in the Superseding Criminal Indictment: 176 Glen Falls;[12] 6116 Chinook Way, Las Vegas, Nevada, 89108;[13] 6033 Watermelon Street, Las Vegas, Nevada, 89081;[14] 1829 La Calera Avenue, North Las Vegas, Nevada, 89084;[15] and 890 Harbor Avenue, Henderson, Nevada 89002.[16] On the same day, the United States recorded the certified copies of each Lis Pendens for all five real properties, including 176 Glen Falls.[17]

On December 1, 2022, the United States recorded a Request for Notice Under Chapter 107 NRS with the Clark County Recorder, requesting a copy of any Notice of Default or Notice of Sale regarding 176 Glen Falls.[18]

Despite the fact the United States recorded a Lis Pendens and a Request for Notice for 176 Glen Falls, a records search from the Clark County Recorder's website reveals that the Clark County Treasurer took action against the United States' interest when it recorded

[8] SCI, ECF No. 97.
[9] Court Minutes - Arraignment & Plea, ECF No. 104.
[10] Minutes of Proceeding, ECF No. 216.
[11] SCI, ECF No. 97, p. 16-21.
[12] Lis Pendens, ECF No. 12.
[13] Lis Pendens, ECF No. 8.
[14] Lis Pendens, ECF No. 9.
[15] Lis Pendens, ECF No. 10.
[16] Lis Pendens, ECF No. 11.
[17] Ex. A, Recorded Certified Copy of Lis Pendens for 176 Glen Falls.
[18] Ex. B, Recorded Request for Notice for 176 Glen Falls.

3

a Tax Certificate for Delinquent Taxes on January 3, 2023.[19] A property inquiry of 176 Glen Falls from the Clark County Treasurer's website reveals that taxes have not been paid since March 2021 and unpaid taxes, interest, penalties, and fees have accrued to $17,359.84 as of August 20, 2024.[20] The unpaid taxes and its fees continue to accumulate against the property and are decreasing the value of 176 Glen Falls.

On July 22, 2024, the United States Attorney's Office received a cover letter from Red Rock Financial Services with a copy of the Notice of Default and Election to Sell 176 Glen Falls issued by Paradise Hills HOA.[21] According to the Notice, "no sale date may be set until the ninety-first (91st) day after the recorded date and the mailing date of the Notice of Default and Election to Sell." The Notice of Default was recorded on July 15, 2024, which results in a possible HOA default sale date of October 14, 2024. An amount of $2,903.96 is owed for unpaid HOA fees as of July 9, 2024, excluding additional accruing assessments, interests, costs, and fees.[22]

Despite the fact the United States recorded a Lis Pendens in July 2022, Paradise Hills HOA still attempted to act against the United States' interest in 176 Glen Falls when it issued its Notice of Default and Election to Sell in July 2024.

Besides the unpaid taxes and the HOA default, additional liens have been placed against the property that further reduces the property's value.[23] The United States was recently made aware that tenants could possibly be residing on the property which increases risks and liability and further decreasing its value.

The Clark County Treasurer and Paradise Hills HOA are precluded from taking any further action against the United States' interest in 176 Glen Falls under 21 U.S.C. § 853(k).

/ / /

/ / /

---

[19] Ex. C, Clark County Recorder Property Search for 176 Glen Falls.
[20] Ex. D, Clark County Treasurer, Property Account Inquiry for 176 Glen Falls.
[21] Ex. E, Notice of Default and Election to Sell 176 Glen Falls.
[22] *Id.*
[23] Ex. C.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## II. ARGUMENT

**A. This Court Has Authority to Prevent the County Treasurer from Advancing with a Tax Sale and Paradise Hills HOA from Proceeding with a Default Foreclosure Sale under 21 U.S.C. § 853(k).**

The United States recorded a Lis Pendens for 176 Glen Falls on July 12, 2022, notifying the world, including the Treasurer and Paradise Hills HOA, that the government was litigating the real property in a criminal action. When the grand jury returns a criminal indictment, the government is authorized to forfeit any of the defendant's property, "which constitutes or is derived from proceeds traceable to [the crime], or a conspiracy to commit such offense[;]"[24] "constituting, or derived from, proceeds... obtained directly or indirectly, as the result of" the crime, "or a conspiracy to violate" such offense, "affecting a financial institution[;]"[25] "involved in a transaction or attempted transaction in violation of [the crime, or any property traceable to such property[;]"[26] or "involved in [the crime], or any property traceable to such property."[27]

To prevent third parties claiming an interest in forfeitable property from interfering with the orderly conduct of criminal cases, Congress prohibits third parties from commencing actions against the interest of the United States in forfeitable property after an indictment has been filed.

> Except as provided in subsection (n), no party claiming an interest in property subject to forfeiture under this section may - -
> ...
> (2) commence an action at law or equity against the United States concerning the validity of his alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture under this section.[28]

In *MacInnes*, the Ninth Circuit expressly held a foreclosure sale is "an action at law or equity against the United States in contravention of § 853(k)."[29] Under 21 U.S.C.

---

[24] 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) (brackets added).
[25] 18 U.S.C. § 982(a)(2)(A) (brackets and ellipsis added).
[26] 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c) (brackets added).
[27] 18 U.S.C. § 982(a)(1).
[28] 21 U.S.C. § 853(k)(2) (ellipses added).
[29] *United States v. MacInnes*, 223 F. App'x 549, 550, 553-54 (9th Cir. 2007) (per curiam) (citing *United States v. Phillips*, 185 F.3d 183,187-88 (4th Cir. 1999) (holding "the foreclosure action constituted 'an action at law or equity against the United States' and was statutorily barred under § 853(k)" quoting 21 U.S.C. § 853(k)); *United States v. Lazarenko*, 476 F.3d 642,

5

§ 853(c), (k), and (n), advancing with a tax sale or any other proceeding against the United States' interest in 176 Glen Falls, a forfeitable property, is an action against the United States, outside the confines of the exclusive ancillary procedure of § 853(n) and Fed. R. Crim. P. 32.2(c), and is, therefore, barred.[30]

"Section 853(n) provides the process for vindicating a third party's interests in forfeited property. The law appears settled that an ancillary proceeding constitutes the only avenue for a third party claiming an interest in seized property."[31] When a property is forfeitable in a criminal indictment, third parties are prohibited from foreclosing on that property.[32] A third party's only recourse is to petition the Court in the process identified in § 853(n) and Fed. R. Crim. P. 32.2(c).[33]

Although the United States took appropriate measures to provide notice of its judicial interests in 176 Glen Falls prior to the Treasurer's Tax Certificate and prior to Paradise Hills HOA's Notice of Default, the HOA could commence with a default foreclosure around October 2024, and the Treasurer could proceed with a tax sale around January 2025. However, 21 U.S.C. § 853(k)(2) prevents them from taking further action since 176 Glen Falls is identified as forfeitable property in the superseding criminal indictment. The Treasurer, Paradise Hills HOA, and potential third parties, who may have

---

[30] *See Libretti v. United States*, 516 U.S. 29, 44 (1995) (When the government has forfeited property, third-party petitioners may "establish their entitlement to a return of the assets only by means of a hearing afforded under 21 U.S.C. § 853(n)."); *Lazarenko*, 476 F.3d at 646-48, 650, 652; *Phillips*, 185 F.3d at 187-88.

648 (9th Cir. 2007) (explaining third party cannot bring an action at law or equity) (citing 21 U.S.C. § 853(k)).
[31] *Lazarenko*, 476 F.3d at 648 (explaining "a court adjudicates a third party's interest in the forfeited property in an ancillary proceeding after concluding the criminal case and entering a preliminary order of forfeiture."); Fed. R. Crim. P. 32.2(b) advisory committee's note (bracket added) ("[T]hird party interests in a criminally forfeited property are litigated by the court in the ancillary proceeding following the conclusion of the criminal case and the entry of a preliminary order of forfeiture."); 21 U.S.C. § 853(n); 18 U.S.C. § 1963(*l*).
[32] *MacInnes*, 223 F. App'x at 550, 553-54.
[33] *See Id.; Libretti*, 516 U.S. at 44 (When the government has forfeited property, third-party petitioners may "establish their entitlement to a return of the assets only by means of a hearing afforded under 21 U.S.C. § 853(n)."); Fed. R. Crim. P. 32.2(b) advisory committee's note (brackets added) ("[T]hird party interests in a criminally forfeited property are litigated by the court in the ancillary proceeding following the conclusion of the criminal case and the entry of a preliminary order of forfeiture."); 21 U.S.C. § 853(n); 18 U.S.C. § 1963(*l*); Fed. R. Crim. P. 32.2(c).

an interest in the property, are statutorily barred from selling the property.[34] Their only
recourse is 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).[35]

**B. The United States Has Authority to Protect its Forfeiture Interest in 176 Glen
Falls under 21 U.S.C. § 853(c) and 853(e)(1)(A).**

The United States has authority to seek the preservation of property for forfeiture.
Under 21 U.S.C. § 853(c), the property "vests in the United States upon the commission of
the act giving rise to [the] forfeiture…."[36] Under 21 U.S.C. § 853(e)(1)(A), "the court
may…take any… action to preserve the availability of property… upon the filing of an
indictment… charging a violation… for which criminal forfeiture may be ordered…."[37]

In *92 Buena Vista*, the Supreme Court determined that the "relation back" doctrine in
21 U.S.C. § 853(c) does not self-execute and the government does not become an owner
until after forfeiture is decreed and title is retroactively vested.[38] Because the United States'
interest in the property is not perfected until after forfeiture is decreed, the United States
does not have a right to prematurely cut off the interests of potential third-parties.

The Clark County Treasurer and Paradise Hills HOA may have an interest in the
property, and the United States does not seek to bypass those interests. The United States
requests this Court to prevent the Treasurer and Paradise Hills HOA from selling the
property, resulting in eliminating any potential recovery of forfeiture proceeds. The United
States has alleged that 176 Glen Falls was purchased with illegal proceeds.[39] Once forfeiture
is completed the property title will vest in the United States, but only if the property is still
available. "The Government's interest in winning undiminished forfeiture thus includes the

---

[34] *MacInnes*, 223 F. App'x at 550, 553-54.
[35] *See*; *Phillips*, 185 F.3d at 187-88; *In re America Basketball League, Inc.*, 317 B.R. 121, 129
(Bankr. N.D. Cal. 2004) ("Consistent with the plain language of the statute, the case law
has uniformly found that § 853(k) imposes an absolute bar to actions that assert an interest
in forfeitable property if they are commenced outside of the ancillary proceedings.");
*Libretti*, 516 U.S. at 44; *Lazarenko*, 476 F.3d at 646-48; 650, 652.
[36] 21 U.S.C. § 853(c) (brackets added).
[37] 21 U.S.C. § 853(e)(1)(A) (ellipses added).
[38] *United States v. 92 Buena Vista Ave.*, 507 U.S. 111, 125-26 (1993). Buena Vista is discussing
21 U.S.C. § 881(h), which has similar vesting language to 21 U.S.C. § 853(c).
[39] *See* SCI, ECF No. 97.

objective of returning property, in full, to those wrongfully deprived or defrauded of it."[40] The Treasurer and Paradise Hills HOA will have an opportunity to assert their interests in the property during the ancillary proceeding.[41]

Under 21 U.S.C. § 853(e), the Court has the discretion to issue protective orders at the request of the government.[42] "Whatever discretion Congress gave the district courts in § 853(e) and 853(c), that discretion must be cabined by the purposes for which Congress created it: to preserve the availability of property for forfeiture."[43]

This Court is authorized to prevent the Treasurer and Paradise Hills HOA from proceeding with a sale of the property to preserve the United States' interests and rights to the property.

## III. CONCLUSION

For the foregoing reasons, this Court should enter an Order prohibiting the Clark County Treasurer with a tax sale and prohibiting Paradise Hills HOA from a default foreclosure sale of 176 Glen Falls Avenue, Henderson, Nevada 89002.

Dated: August 28, 2024.

JASON M. FRIERSON
United States Attorney
 /s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated:   September 10, 2024

---

[40] *Caplin & Drysdale v. United States*, 491 U.S. 617, 629 (1989); *United States v. Lillard*, 57 F.4th 729, 734-36 (9th Cir. 2023).

[41] Fed. R. Crim. P. 32.2(c); 21 U.S.C. § 853(n); *Libretti*, 516 U.S. at 44 (When the government has forfeited property, third-party petitioners may "establish their entitlement to a return of the assets only by means of a hearing afforded under 21 U.S.C. § 853(n)."); *United States v. Hooper*, 228 F.3d 818, 821 (9th Cir. 2000) (After the government forfeits property, third parties may assert a third-party petition with the court to litigate their interests.);

[42] *United States v. Crozier*, 777 F.2d 1376, 1382 (9th Cir. 1985).

[43] *United States v. Monsanto*, 491 U.S. 600, 613 (1989) (quotation marks and ellipsis omitted); *see United States v. 849 NW Wall Street, Bend, Oregon*, co7-359Z, 2008 U.S. Dist. Lexis 104313, 6-7 (W.D. Wash. December 17, 2008).

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-142-CDS-DJA |
| Plaintiff, | **Index of Exhibits** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant. | |

Exhibit 14-1 .......................................... Trustee's Deed Upon Sale for 176 Glen Falls Ave.

Exhibit A ................................................ Recorded Lis Pendens for 176 Glen Falls Ave.

Exhibit B .......................................... Recorded Request for Notice for 176 Glen Falls Ave.

Exhibit C ........................ Clark County Recorder, Property Search for 176 Glen Falls Ave.

Exhibit D ....... Clark County Treasurer, Property Account Inquiry for 176 Glen Falls Ave.

Exhibit E ......................................................... Paradise Hills HOA Notice of Default and Election to Sell 176 Glen Falls Ave.

Exhibit 14-1 – Trustee's Deed Upon Sale for 176 Glen Falls Ave.

Exhibit 14-1 – Trustee's Deed Upon Sale for 176 Glen Falls Ave.

A.P.N.: 179-31-212-022

RECORDING REQUESTED BY:
CLEAR RECON CORP

AND WHEN RECORDED TO:
Sanam Limited
34 Sandwedge Dr
Henderson, NV 89074

Forward Tax Statements to
the address given above

Inst #: **20211008-0000039**
Fees: $42.00
RPTT: $2305.20  Ex #:
10/08/2021 07:01:27 AM
Receipt #: 4730510
Requestor:
**Law office of Andrew H Pa**
Recorded By: BGN   Pgs: 3

**Debbie Conway**

**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

T.S. # 090044-NV      Loan #: ******0514
Order #: 191315360-NV-VOI

SPACE ABOVE LINE FOR RECORDER'S USE

The undersigned hereby affirms that there is no Social Security number contained in this document.

## TRUSTEE'S DEED UPON SALE

Transfer Tax: **$2,305.20**
The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **$505,499.81**
The Amount Paid by the Grantee was **$452,000.00**
Said Property is in the City of HENDERSON, County of Clark

CLEAR RECON CORP, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**Sanam Limited with the address of Sanam Limited, 34 Sandwedge Dr, Henderson, NV 89074**

(herein called Grantee) but without covenant or warranty, expressed or implied, all rights, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Clark, State of Nevada, described as follows:

LOT 17 IN BLOCK "C" OF PARADISE HILLS NO. 16, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 8 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL ENERGY SOURCES IN OR UNDER OR WHICH MAY BE PRODUCED FROM THE WITHIN-DESCRIBED LAND WHICH LIE BELOW A PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF THE WITHIN-DESCRIBED LAND, FOR THE PURPOSE OF PROSPECTING, EXPLORATION, DEVELOPMENT, PRODUCTION, OR EXTRACTION OF SAID SUBSTANCES BY MEANS OF MINES, WELLS, DERRICKS, AND/OR OTHER EQUIPMENT; PROVIDED, HOWEVER, THAT THE OWNER OF SAID SUBSTANCES SHALL HAVE NO RIGHT TO ENTER THE SURFACE OF THE WITHIN -DESCRIBED LAND NOR TO USE SAID LAND ABOVE SAID PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF SUCH LAND.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **MARK RICHARD DION, AND LISA LYNN DION, TRUSTEES OF THE DION FAMILY TRUST DATED DECEMBER 4TH 1998** as Trustor, dated 6/12/2009 of the Official Records in the office of the Recorder of Clark, Nevada under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to

SF

CRC TDUS 04172014

# TRUSTEE'S DEED UPON SALE

T.S. #: 090044-NV
Loan #: ******0514
Order #: 191315360-NV-VOI

Sell under the Deed of Trust recorded on **6/23/2009, as Instrument No. 20090623-0003917** of official records. Trustee having complied with all applicable statutory requirements of the State of Nevada and performed all duties required by the Deed of Trust including sending a Notice of Breach and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified return receipt mail, postage pre-paid to each person entitled to notice in compliance with Nevada Revised Statues 107.080

All requirements per Nevada Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **3/24/2021**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $ **$452,000.00**, in lawful money of the United States, or by the satisfaction , pro tanto of the obligation than secured by said Deed of Trust.

In witness thereof, CLEAR RECON CORP, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date:       **MAR 3 0 2021**                    **CLEAR RECON CORP**

_____
Monica Chavez
Authorized Signor

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California} ss
County of San Diego}

On **MAR 3 0 2021**     before me   Susana Jimenez     Notary Public, personally appeared   Monica Chavez   who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

Signature _____ (Seal)

SUSANA JIMENEZ
Notary Public - California
San Diego County
Commission # 2197449
My Comm. Expires May 15, 2021

SF                                                        CRC TDUS 04172014

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 179-31-212-022
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
      ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property          $ 452,000.00
   b. Deed in Lieu of Foreclosure Only (value of property (                    )
   c. Transfer Tax Value:                         $ 452,000.00
   d. Real Property Transfer Tax Due              $ 2,305.20

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: lawyer _____

Signature _____   Capacity: _____

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Clear Recon Corp. | Print Name: Sanam Limited |
| Address: 4375 Jutland Drive, Suite 200 | Address: 34 Sandwedge Drive |
| City: San Diego | City: Henderson |
| State: CA        Zip: 92117 | State: NV        Zip: 89074 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Andrew Pastwick          Escrow # _____
Address: 1810 E. Sahara Ave., Suite 120
City: Las Vegas                      State: NV      Zip: 89104

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Exhibit A – Recorded Lis Pendens for 176 Glen Falls Ave.

Exhibit A – Recorded Lis Pendens for 176 Glen Falls Ave.

Inst #: 202207012-0002078
Fees: $42.00
07/12/2022 02:45:13 PM
Receipt #: 5052303
Requestor:
UNITED STATES ATTORNEYS O
Recorded By: SCHIABLE  Pgs: 4
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: FRONT COUNTER
Ofc: MAIN OFFICE

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 179-31-212-022

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
#### (DO NOT Abbreviate)

Lis Pendens

_____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**

United States Attorneys office District of Nevada

**RETURN TO: Name** Arlette Lee

**Address** 110 N City Pkwy

**City/State/Zip** Las Vegas, NV 89106

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

**Name**_____

**Address**_____

**City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
ERIC SCHMALE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: eric.schmale@usdoj.gov

DEBORAH CONNOR
Chief, Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice
D. ZACHARY ADAMS
Trial Attorney
1400 New York Ave NW
Washington, D.C. 20005
Telephone: (202) 514-1263
Email: david.zachary.adams@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-142-RFB-DJA |
| Plaintiff, | **Lis Pendens** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant. | |

176 GLEN FALLS AVENUE,
HENDERSON, NEVADA, 89002,
MORE PARTICULARLY
DESCRIBED AS:

LOT 17 IN BLOCK "C" OF PARADISE
HILLS NO. 16, AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 97 OF
PLATS, PAGE 8 IN THE OFFICE OF
THE COUNTY RECORDER OF CLARK
COUNTY, NEVADA, EXCEPTING
THERFROM ALL MINERALS, OIL,
GAS, PETROLEUM, OTHER
HYDROCARBON SUBSTANCES AND
ALL GEOTHERMAL ENERGY
SOURCES IN OR UNDER OR WHICH
MAY BE PRODUCED FROM THE
WITHIN-DESCRIBED LAND WHICH
LIE BELOW A PLANE PARALLEL TO
AND FIVE HUNDRED (500) FEET

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1   BELOW THE SURFACE OF THE
     WITHIN-DESCRIBED LAND, FOR THE
2   PURPOSE OF PROSPECTING,
     EXPLORATION, DEVELOPMENT,
3   PRODUCTION, OR EXTRACTION OF
     SAID SUBSTANCES BY MEANS OF
4   MINES, WELLS, DERRICKS, AND/OR
     OTHER EQUIPMENT: PROVIDED,
5   HOWEVER, THAT THE OWNER OF
     SAID SUBSTANCES SHALL HAVE
6   THE RIGHT TO ENTER THE
     SURFACE OF THE WITHIN-
7   DESCRIBED LAND NOR TO USE SAID
     LAND ABOVE SAID PLANE
8   PARALLEL TO AND FIVE HUNDRED
     (500) FEET BELOW THE SURFACE OF
9   SUCH LAND; TOGETHER WITH ALL
     IMPROVEMENTS AND
10   APPURTENANCES THEREON, APN:
     179-31-212-022.

11

12       NOTICE IS HEREBY GIVEN that an action has been commenced in the above-

13 entitled Court on Criminal Indictment of the United States of America to secure the judicial

14 forfeiture of the real property known as 176 Glen Falls Avenue, Henderson, Nevada, 89002,

15 more particularly described as:

16      LOT 17 IN BLOCK "C" OF PARADISE HILLS NO. 16, AS SHOWN BY
     MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 8 IN THE
17     OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
     NEVADA, EXCEPTING THERFROM ALL MINERALS, OIL, GAS,
18     PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL
     GEOTHERMAL ENERGY SOURCES IN OR UNDER OR WHICH
19     MAY BE PRODUCED FROM THE WITHIN-DESCRIBED LAND
     WHICH LIE BELOW A PLANE PARALLEL TO AND FIVE HUNDRED
20     (500) FEET BELOW THE SURFACE OF THE WITHIN-DESCRIBED
     LAND, FOR THE PURPOSE OF PROSPECTING, EXPLORATION,
21     DEVELOPMENT, PRODUCTION, OR EXTRACTION OF SAID
     SUBSTANCES BY MEANS OF MINES, WELLS, DERRICKS, AND/OR
22     OTHER EQUIPMENT: PROVIDED, HOWEVER, THAT THE OWNER
     OF SAID SUBSTANCES SHALL HAVE THE RIGHT TO ENTER THE
23     SURFACE OF THE WITHIN-DESCRIBED LAND NOR TO USE SAID
     LAND ABOVE SAID PLANE PARALLEL TO AND FIVE HUNDRED
24     (500) FEET BELOW THE SURFACE OF SUCH LAND; TOGETHER
     WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,
25     APN: 179-31-212-022.

26   / / /

27   / / /

28   / / /

                               2

1    to the United States of America under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c), 18

2    U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 18 U.S.C. §

3    982(a)(2)(A) for violations of 18 U.S.C. §§ 1344, 1956(a)(1)(B)(i), and 1957.

4           Dated: July __, 2022.

5                                                   Respectfully submitted,

6                                                   JASON M. FRIERSON
                                                    United States Attorney
7

8                                                   D. ZACHARY ADAMS
                                                    Trial Attorney
9

10   STATE OF NEVADA        )
                            ) ss
11   COUNTY OF CLARK        )

12   On this __12__ day of __July__, 2022, D. ZACHARY ADAMS, a person
     personally known to me or proven to me by satisfactory evidence, appeared before
13   me, a Notary Public, and executed the foregoing Lis Pendens in my presence.

14

15   NOTARY PUBLIC

16

> MICHAEL GARTH
> NOTARY PUBLIC
> STATE OF NEVADA
> APPT. NO. 15-1824-1
> MY APPT. EXPIRES MAY 24, 2023

17

18

19

20

21   I hereby attest and certify on __7/12/22__
     that the foregoing document is a full, true
22   and correct copy of the original on file in my
     legal custody.
23
     CLERK, U.S. DISTRICT COURT
24   DISTRICT OF NEVADA

25   By _____ Deputy Clerk

26

27

28

                            3

Exhibit B – Recorded Request for Notice for 176 Glen Falls Ave.

Exhibit B – Recorded Request for Notice for 176 Glen Falls Ave.

Inst #: 20221201-0001658
Fees: $42.00
12/01/2022 01:42:07 PM
Receipt #: 5170062
Requestor:
US Attorneys Office  NV
Recorded By: DROY   Pgs: 3
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** __179-31-212-022_____
(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
**(DO NOT Abbreviate)**

Request for Notice
_____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**

Daniel Hollingsworth
_____

**RETURN TO: Name**__Daniel Hollingsworth, Assistant United States Atty__

  **Address**__501 Las Vegas Blvd, South_____

  **City/State/Zip**__Las Vegas, NV 89101_____

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

  **Name**_____

  **Address**_____

  **City/State/Zip**_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

**WHEN RECORDED MAIL TO:**
United States Attorney's Office
Daniel D. Hollingsworth
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

**SEND TAX STATEMENT TO:**
United States Attorney's Office
Daniel D. Hollingsworth
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101

APN # 179-31-212-022

**REQUEST FOR NOTICE**
Under Chapter 107 NRS

In accordance with NRS 107.090, request is hereby made that a copy of any Notice of Default and a copy of any Notice of Sale under the Trustee's Deed Upon Sale recorded as Document Instrument Number 20211008-0000039 on October 8, 2021, between Clear Recon Corp., as Trustee (Grantor), and Sanam Limited (Grantee), of Official Records of Clark County, Nevada, and describing land therein as:

176 GLEN FALLS AVENUE, HENDERSON, NEVADA, 89002, MORE PARTICULARLY DESCRIBED AS:

LOT 17 IN BLOCK "C" OF PARADISE HILLS NO. 16, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 97 OF PLATS, PAGE 8 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. EXCEPTING THEREFROM ALL MINERALS, OIL, GAS, PETROLEUM, OTHER HYDROCARBON SUBSTANCES AND ALL GEOTHERMAL ENERGY SOURCES IN OR UNDER OR WHICH MAY BE PRODUCED FROM THE WITHIN-DESCRIBED LAND WHICH LIE BELOW A PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF THE WITHIN-DESCRIBED LAND, FOR THE PURPOSE OF PROSPECTING, EXPLORATION, DEVELOPMENT, PRODUCTION, OR EXTRACTION OF SAID SUBSTANCES BY MEANS OF MINES, WELLS, DERRICKS, AND/OR OTHER EQUIPMENT; PROVIDED, HOWEVER, THAT THE OWNER OF SAID SUBSTANCES SHALL HAVE NO RIGHT TO ENTER THE SURFACE OF THE WITHIN-DESCRIBED LAND NOR TO USE SAID LAND ABOVE SAID PLANE PARALLEL TO AND FIVE HUNDRED (500) FEET BELOW THE SURFACE OF SUCH LAND; TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 179-31-212-022.

DANIEL D. HOLLINGSWORTH

STATE OF NEVADA        )
                       ) ss
COUNTY OF CLARK        )

On December __/__, 2022, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Daniel D. Hollingsworth known to me to be the person described in and who executed the foregoing instrument, who acknowledged to me that he executed the same freely and voluntarily and for the uses and purposes therein mentioned.

_____
Notary Public

MICHAEL GARTH
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 15-1824-1
MY APPT. EXPIRES MAY 24, 2023

Exhibit C – Clark County Recorder, Property Search for 176 Glen Falls Ave.

Exhibit C – Clark County Recorder, Property Search for 176 Glen Falls Ave.

Search Criteria - ParcelNumber: 179-31-212-022, Filter: StartsWith, From Date: 3/1/2021, To Date: 8/20/2024, Doc Type: All

| Parcel # | First Party Name | First Cross Party Name | # Pages | Instrument# | Document Type | Modifier | Record Date | Legal Description | Total Value |
|---|---|---|---|---|---|---|---|---|---|
| 179-31-212-022 | SANAM LIMITED | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202407250002273 | LIEN | | 07/25/2024 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | PARADISE HILLS LANDSCAPE MAINTENANCE ASSOCIATION INC | 2 | 202407150001613 | DEFAULT | | 07/15/2024 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | PARADISE HILLS LANDSCAPE MAINTENANCE ASSOCIATION INC | 1 | 202405310000574 | LIEN | | 05/31/2024 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202401310004267 | LIEN | | 01/31/2024 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202307200003441 | LIEN | | 07/20/2023 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202301110003325 | LIEN | | 01/11/2023 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | TREASURER CLARK COUNTY | 1 | 202301030000869 | TAX CERTIFICATE | | 01/03/2023 | | $0.00 |
| 179-31-212-022 | CLEAR RECON CORP EE | ATTORNEY UNITED STATES | | 202212010001658 | REQUEST NOTICE | | 12/01/2022 | | $0.00 |
| 179-31-212-022 | DEZFOOLI, MEELAD | UNITED STATES OF AMERICA | 4 | 202207120002078 | LIS PENDENS | | 07/12/2022 | | $0.00 |
| 179-31-212-022 | SANAM LIMITED | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202205310003223 | LIEN | | 05/31/2022 | | $0.00 |
| 179-31-212-022 | CLEAR RECON CORP | SANAM LIMITED | 3 | 202110080000039 | TRUSTEE DEED | | 10/08/2021 | | $452,000.00 |
| 179-31-212-022 | MTGLOQ INVESTORS LP | REPUBLIC SILVER STATE DISPOSAL INC | 1 | 202106290000728 | LIEN | | 06/29/2021 | | $0.00 |

Acclaim Copyright 1999 - 2024. Harris Recording Solutions. All Rights Reserved.

Exhibit D – Clark County Treasurer, Property Account Inquiry for 176 Glen Falls Ave.

Exhibit D – Clark County Treasurer, Property Account Inquiry for 176 Glen Falls Ave.

# Property Account Inquiry - Summary Screen

**New Search**

| Parcel ID | 179-31-212-022 | Tax Year | 2025 | District | 505 | Rate | 2.9604 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 176 GLEN FALLS AVE HENDERSON |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: PARADISE HILLS #16 PLAT BOOK 97 PAGE 8 LOT 17 BLOCK C GEOID: PT S2 NW4 SEC 31 22 63 |

| Status: | | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|---|
| Active | | Tax Cap Increase Pct. | 8.0 | Land | 32550 | 2021100800039 | 10/8/2021 |
| Taxable | | Tax Cap Limit Amount | 3706.95 | Improvements | 127338 | 2017051003726 | 5/10/2017 |
| Delinquent | | Tax Cap Reduction | 1026.37 | Total Assessed Value | 159888 | 01120301925 | 12/3/2001 |
| | | | | Net Assessed Value | 159888 | | |
| | | Land Use | 1-10 Single Family Residential | Exemption Value New Construction | 0 | | |
| | | Cap Type | OTHER | New Construction - Supp Value | 0 | | |
| | | Acreage | 0.1400 | | | | |
| | | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | SANAM LIMITED | C/O TRUSTEE CLARK COUNTY TREASURER 34 SANDWEDGE DR , HENDERSON, NV 89074 UNITED STATES | 8/9/2024 | Current |

**Summary**

| Item | Amount |
|---|---|
| Taxes as Assessed | $4,733.32 |
| Less Cap Reduction | $1,026.37 |
| Net Taxes | $3,706.95 |

**PAST AND CURRENT CHARGES DUE TODAY**

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2025 | Property Tax Principal | $926.73 |
| 2025 | Las Vegas Artesian Basin | $2.60 |
| 2024 | Property Tax Principal | $3,432.36 |
| 2024 | Las Vegas Artesian Basin | $3.03 |
| 2024 | Property Tax Penalty | $515.53 |
| 2024 | Property Tax Interest | $272.06 |
| 2024 | Advertising Fee | $10.00 |
| 2024 | MAILING FEE | $32.00 |
| 2023 | Property Tax Principal | $3,178.11 |
| 2023 | City of Henderson Abatement | $650.00 |
| 2023 | Las Vegas Artesian Basin | $3.08 |
| 2023 | Property Tax Penalty | $620.40 |
| 2023 | Property Tax Interest | $705.46 |
| 2023 | Advertising Fee | $7.00 |
| 2023 | MAILING FEE | $2.00 |
| 2022 | Property Tax Principal | $2,942.69 |
| 2022 | Las Vegas Artesian Basin | $3.06 |
| 2022 | Property Tax Penalty | $442.07 |
| 2022 | Property Tax Interest | $822.44 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| **CURRENT AMOUNTS DUE as of 8/20/2024** | | **$14,579.62** |

**NEXT INSTALLMENT AMOUNTS**

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| 2025 | Property Tax Principal | $926.74 |
| **NEXT INSTALLMENT DUE AMOUNT due on 10/7/2024** | | <u>$926.74</u> |

**TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR**

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2025 | Property Tax Principal | $3,706.95 |
| 2025 | Las Vegas Artesian Basin | $2.60 |
| 2024 | Property Tax Principal | $3,432.36 |
| 2024 | Las Vegas Artesian Basin | $3.03 |
| 2024 | Property Tax Penalty | $515.53 |
| 2024 | Property Tax Interest | $272.06 |
| 2024 | Advertising Fee | $10.00 |
| 2024 | MAILING FEE | $32.00 |
| 2023 | Property Tax Principal | $3,178.11 |
| 2023 | City of Henderson Abatement | $650.00 |
| 2023 | Las Vegas Artesian Basin | $3.08 |
| 2023 | Property Tax Penalty | $620.40 |
| 2023 | Property Tax Interest | $705.46 |
| 2023 | Advertising Fee | $7.00 |
| 2023 | MAILING FEE | $2.00 |
| 2022 | Property Tax Principal | $2,942.69 |
| 2022 | Las Vegas Artesian Basin | $3.06 |
| 2022 | Property Tax Penalty | $442.07 |
| 2022 | Property Tax Interest | $822.44 |
| 2022 | Advertising Fee | $7.00 |
| 2022 | MAILING FEE | $2.00 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 8/20/2024** | | <u>$17,359.84</u> |

**PAYMENT HISTORY**

| | |
|---|---|
| Last Payment Amount | $683.08 |
| Last Payment Date | 3/2/2021 |
| Fiscal Tax Year Payments | $0.00 |
| Prior Calendar Year Payments | $0.00 |
| Current Calendar Year Payments | $0.00 |

Exhibit E – Paradise Hills HOA Notice of Default and Election to Sell 176 Glen Falls Ave.

Exhibit E – Paradise Hills HOA Notice of Default and Election to Sell 176 Glen Falls Ave.



9314 8100 1170 1173 4370 85

July 17, 2024                                VIA CERTIFIED AND FIRST CLASS MAIL

UNITED STATES ATTORNEY'S OFFICE
DANIEL D HOLLINGSWORTH
501 LAS VEGAS BLVD SOUTH STE 1100
LAS VEGAS, NV 89101

Re:     176 Glen Falls Ave, Henderson, NV 89002
        Paradise Hills Landscape Maintenance Association, Inc. / R844781

Dear UNITED STATES ATTORNEY'S OFFICE ,

**Red Rock Financial Services is a debt collector and is attempting to collect a debt.  Any information obtained will be used for that purpose.**

Enclosed, please find a copy of the **Notice of Default and Election to Sell**.  This notice is being sent to any parties that may have an interest in the property.

Please contact Red Rock Financial Services to obtain an up to date account balance.  All Payments must be in the form of a cashier's check or money order.  Please ensure the account number is listed on any payments remitted to our office.  If we receive partial payments, they will be credited to the account, however, we will continue with the collection process on the balance owed as described above.

Regards,

Red Rock Financial Services



702.932.6887          770 E. Warm Springs Road Suite 320, Las Vegas, Nevada 89119

By sending your check, please be aware that you are authorizing Red Rock Financial Services to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check.  This electronic debit will be for the amount of your check; no additional amount will be added to the amount.  (If we cannot collect your electronic payment, we will issue a draft against your account.)  Please contact the Accounts Receivable department at (702) 932-6887 to learn about other payment options should you prefer to not have your payment processed in this manner.

Inst #: **20240715-0001613**
Fees: **$42.00**
**07/15/2024 03:36:41 PM**
Receipt #: **5634227**
Requestor:
**American Lot Book**
Recorded By: JTMCD  Pgs: 2
**Debbie Conway**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

Assessor Parcel Number: 179-31-212-022
File Number:     R844781
Property Address: 176 Glen Falls Ave
                 Henderson, NV 89002
Title Order Number:

## NOTICE OF DEFAULT AND ELECTION TO SELL PURSUANT TO THE LIEN FOR DELINQUENT ASSESSMENTS
### ◆ IMPORTANT NOTICE ◆

## WARNING! IF YOU FAIL TO PAY THE AMOUNT SPECIFIED IN THIS NOTICE, YOU COULD LOSE YOUR HOME, EVEN IF THE AMOUNT IS IN DISPUTE!

**NOTICE IS HEREBY GIVEN:** Red Rock Financial Services, officially assigned as agent by the Paradise Hills Landscape Maintenance Association, Inc. (the "Association"), under the Lien for Delinquent Assessments, recorded on 05/31/2024, in Book Number 20240531, as Instrument Number 0000574, reflecting SANAM LIMITED as the owner(s) of record on said lien, land legally described as PARADISE HILLS #16 PLAT BOOK 97 PAGE 8 LOT 17 BLOCK C, of the Official Records in the Office of the Recorder of Clark County, Nevada, makes known the obligation under the Covenants, Conditions and Restrictions recorded 01/11/1996, in Book Number 19960111, as Instrument Number 0000563 (the "CC&Rs"), has been breached. As of 07/01/2023 forward, all assessments, whether monthly or otherwise, late fees, interest, Association charges, legal fees, collection fees and costs, and fines for violations posing an imminent threat of causing a substantial adverse effect on the health, safety or welfare of the owners of 176 Glen Falls Ave or the Association's residents, less any credits, have not been satisfied.

The Association has equipped Red Rock Financial Services with verification of the underlying obligation according to the CC&Rs in addition to documents proving the debt, therefore declaring any and all amounts secured as well as due and payable, electing the property to be sold to satisfy the obligation. In accordance with Chapter 116 of the Nevada Revised Statutes, no sale date may be set until the ninety-first (91st) day after the recorded date and the mailing date of the Notice of Default and Election to Sell. As of July 9, 2024, the amount owed is $2,903.96. This amount will continue to increase until paid in full.

The amount of the Association's lien that is prior to the first security interest on the unit pursuant to subsection 3 of NRS 116.3116 as of the date of this notice is $1,510.44 (the "Superpriority Amount"). Of the Superpriority Amount, and as of the date of this notice, $130.44 is attributable to assessments based on the periodic budget adopted by the Association pursuant to NRS 116.3115, and $1,380.00 is attributable to the costs of enforcing the Association's lien.

If the holder of the first security interest on the unit does not satisfy the amount of the Association's lien that is prior to that first security interest pursuant to subsection 3 of NRS 116.3116, the association may foreclose its lien by sale and that the sale may extinguish the first security interest as

Assessor Parcel Number: 179-31-212-022
File Number:         R844781
Property Address: 176 Glen Falls Ave
                           Henderson, NV 89002
Title Order Number:

to the unit. If, not later than 5 days before the date of the sale, the holder of the first security interest in
the unit satisifies the amount of the Association's lien that is prior to the first security interest pursuant
to subsection 3 of NRS 116.3116 and, not later than 2 days before the date of sale, a record of such
satisifation is recorded in the office of the recorder of the county in which the unit is located, the
Association may foreclose its lien by sale but the sale may not extinguish the first security interest as
to the unit.

Dated: July 9, 2024



Prepared By Olivia Kellogg as agent of Red Rock Financial Services on behalf of Paradise Hills
Landscape Maintenance Association, Inc.

STATE OF NEVADA              )
COUNTY OF CLARK              )

On July 9, 2024, before me, personally appeared Olivia Kellogg, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within
instrument and acknowledged to me that they executed the same in their authorized capacity, and that
by their signature on the instrument the person, or the entity upon behalf of which the person acted,
executed the instrument.

WITNESS my hand and official seal.

EUNGEL WATSON
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 09-08-26
Certificate No: 22-5781-01

When Recorded Red Rock Financial Services
Mail To:        770 E. Warm Springs Road Suite 320
                    Las Vegas, Nevada 89119
                    702-932-6887



Red Rock Financial Services
PO Box 9088
Temecula, CA 92589-9088



**9314 8100 1170 1173 4370 85**

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

**RETURN RECEIPT (ELECTRONIC)**

Send Payments to:
Red Rock Financial Services
770 E. Warm Springs Road
Suite 320
Las Vegas, NV  89119

20240717-117

Send Correspondence to:
Red Rock Financial Services
770 E. Warm Springs Road
Suite 320
Las Vegas, NV  89119

UNITED STATES ATTORNEY'S OFFICE
501 LAS VEGAS BLVD SOUTH STE 1100
LAS VEGAS, NV 89101



CERTMAIL_RETRCPT_ELECTRONIC

CERTIFIED MAIL®

FYR-IP1  89101

31

RECEIVED

2024 JUL 22  PM 2: 38

U.S. ATTORNEY'S OFFICE
LAS VEGAS, NV