```
 1  BOIES SCHILLER FLEXNER LLP
    RICHARD J. POCKER, ESQ.
 2  Nevada Bar No. 3568
    300 South Fourth Street, Suite 800
 3  Las Vegas, Nevada 89101
 4  Telephone (702) 382-7300
    Email rpocker@bsfllp.com
 5
 6  Attorney for Defendant.
    MEELAD DEZFOOLI
 7
```

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00142-CDS-DJA-1 |
| Plaintiff | **Order Approving STIPULATION REGARDING BRIEIFING SCHEDULE FOR POST TRIAL MOTIONS** |
| v. | (First Request) |
| MEELAD DEZFOOLI, | |
| Defendant | |

    **IT IS HEREBY STIPULATED AND AGREED** by and between Jason M. Frierson, United States Attorney, and David Zachary Adams, Trial Attorney, Bank Integrity Unit, Money Laundering & Asset Recovery Section, U.S. Department of Justice, and Assistant United States Attorney, Dan Schiess, counsel for the United States of America, and Defendant MEELAD DEZFOOLI by and through his attorney, Richard J. Pocker, of the law firm of Boies Schiller Flexner, LLP, as follows:

    1.    The jury returned its verdicts in the present case on September 4, 2024 as to the charges contained in the Superseding Indictment, and on September 5, 2024 as to the Forfeiture allegations contained therein. Motions which Defendant DEZFOOLI intends to file are presently due to be filed by September 18, 2024.

2. The trial in the present case consumed eight (8) days, and involved the testimony of twenty-five (25) witnesses. The significant amount of trial material (in the form of exhibits, and notes of trial testimony) which must be reviewed to effectively make and defend against post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, necessitate an extension of the due date for said motions and a modification of the normal briefing schedule for oppositions and replies. Moreover, as evidenced by the numerous proceedings outside the presence of the jury regarding Defendant DEZFOOLI's complaints regarding his counsel (as well as just about everything else about the trial and his pretrial detention conditions) and his effort to verbally "discharge" his attorney on the eighth day of trial (in the presence of the jury), the attorney-client relationship between Defendant DEZFOOLI and undersigned counsel has deteriorated beyond repair, and counsel will be filing a Motion to Withdraw as Counsel in the next few days. This extension requested in the present Stipulation will insure that Defendant DEZFOOLI's new counsel will have adequate time in which to address any post-trial motions or issues.

3. The parties hereby stipulate and agree that the Defendants' motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure shall be due on October 2, 2024, and responses or oppositions to said motions shall be filed by October 16, 2024. The Defendants' reply filings shall be due by October 23, 2024.

**IT IS SO STIPULATED** this 11th day of September, 2024.

BOIES SCHILLER FLEXNER LLPJASON FRIERSON
United States Attorney

By: /s/ Richard J. PockerBy: /s/ David Zachary Adams
RICHARD J. POCKER, ESQ.DAVID ZACHARY ADAMS, ESQ.
Counsel for Meelad DezfooliTrial Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:  September 12, 2024

2