# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:22-cr-00142-CDS-DJA |
| Plaintiff | **Order Granting Defendant's Motion to Extend the Briefing Schedule** |
| v. | |
| Meelad Dezfooli, | [ECF No. 277] |
| Defendant | |

In September 2024, a jury entered verdicts finding defendant Meelad Dezfooli guilty of the ten charges contained in the superseding indictment. ECF No. 243. In October, Dezfooli's trial counsel moved to withdraw (ECF No. 260), and new counsel was appointed (ECF No. 273). Now, Dezfooli seeks to extend the briefing schedule for post-trial motions. ECF No. 277. The Government does not oppose. *Id.* at 5. For the reasons stated in the motion and finding good cause, Dezfooli's motion **[ECF No. 277] is granted**.

The court adopts the schedule proposed in Dezfooli's motion:

- Dezfooli's motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure must be filed on or before December 6, 2024;
- The Government's responses or oppositions to said motions are due on or before December 20, 2024; and
- Dezfooli's reply briefs must be filed on or before December 30, 2024.

Dated: October 15, 2024

_____
Cristina D. Silva
United States District Judge