```
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEYLAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
```
*Attorney for Meelad Dezfooli*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>MEELAD DEZFOOLI<br><br>　　　　Defendant | CASE NO: 2:22-cr-00142-CDS-DJA<br><br>**Order Approving STIPULATION REGARDING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**<br><br>(Third Request)<br><br>[ECF No. 303] |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney; and David Zachruy Adams and Taylor G. Stout, Trial Attorneys, Criminal Division, U.S. Depruiment of Justice, Money Laundering and Asset Recovely Section; and Assistant United States Attorney, Daniel R. Schiess, counsel for the United States of America; and Defendant MEELAD DEZFOOLI by and through his attorney, Lucas J. Gaffney, Esq., as follows:

　　1.　The jmy retmned its verdicts in the present case on September 4, 2024, as to the chru·ges contained in the Superseding Indictment, and on September 5, 2024, as to the Forfeiture allegations contained therein. The post-trial motions MEELAD DEZFOOLI intended to file nre due on December 5, 2024. *See* ECF No. 256, 259, 277, 278.

2. On October 2, 2024, this Court appointed new counsel to represent MEELAD DEZFOOLI for post-trial motions and sentencing. Given his relatively recent appointment, current counsel requires an extension of time to familiarize himself with the testimony and evidence presented at trial before filing the post-trial motions.

3. The trial took eight (8) days and involved the testimony of twenty-five (25) witnesses. There is also a significant amount of related material in the form of trial exhibits which must be reviewed in order to draft effective post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. All of which necessitate an extension of the due dates for said motions and a modification of the normal briefing schedule for oppositions and replies.

4. On October 4, 2024, current counsel requested MEELAD DEZFOOLI'S trial transcripts for the purpose of identifying which issues should be raised in post-trial motion(s). Court Reporter/Recorder Samantha McNett initially indicated it will take up to thirty (30) days to prepare the transcripts.

5. On October 10, 2024, MEELAD DEFOOLI filed an unopposed motion to extend the briefing schedule for his post-trial motions. ECF No. 277. On October 15, 2024, this Court granted the motion, and set a due date of December 6, 2024, for the post-trial motions.

6. On November 14, 2024, Samantha McNett filed a Motion for Extension of Time to File Transcript in MEELAD DEZFOOLI'S Ninth Circuit Court of Appeals case number 24-5752. *See* Dkt Entry 7.1. The motion indicated the trial transcripts would not be completed until December 16, 2024.[1]

---

[1] On November 21, 2024, the Ninth Circuit dismissed the appeal, however, Ms. McNett still needs until December 16th to finish all the requested transcripts.

7. Given the delay in completing the trial transcripts MEELAD DEZFOOLI respectfully requests a sixty (60) day extension to file his post-trial motions.

8. Counsel for the United States of America—David Zachery Adams, Taylor G. Stout, and Daniel R. Schiess—do not object to a 60-day continuance of the post-trial motion briefing schedule.

9. The parties hereby stipulate and agree that MEELAD DEZFOOLI'S motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure shall be due on or before February 13, 2025, and responses or oppositions to said motions shall be filed on or before February 27, 2025. MEELAD DEZFOOLI'S reply brief shall be filed on or before March 10, 2025.[2]

**IT IS SO STIPULATED** this 4th day of December 2024.

Respectfully submitted,

/s/ Lucas Gaffney
LUCAS J. GAFFNEY, ESQ.
Attorney for Meelad Dezfooli

JASON FRIERSON
United States Attorney

/s/ Dan Schiess
DANIEL R. SCHIESS
Attorney for the United States of America

/s/ Taylor Stout
Taylor G. Stout
Attorney for the United States of America

/s/ David Adams
David Zachary Adams
Attorney for the United States of America

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2024

---

[2] The parties are mindful the proposed briefing schedule extends beyond the current sentencing date of February 13, 2025. The parties intend to make a concerted effort to complete the post-trial motion briefing prior to the suggested deadlines in hopes of maintaining the current sentencing date.