JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00142-CDS-DJA |
| Plaintiff | **Order Granting Government's Unopposed Motion To Extend the Time to File its Response Regarding U.S. Bank National Association's Claim (Second Request)** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant | [ECF No. 318] |

The United States of America respectfully moves this Court for an Order extending the time for the government to file its response regarding U.S. Bank National Association's claim.[1] The government requests an extension of time to and including January 31, 2025. This is the second request.

The grounds for extending the time are as follows.

The government and Robert Riether, counsel for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, have reached an agreement regarding its claim on the property. Riether is working with U.S. Bank to get the Stipulation signed. Riether requested we continue the response deadline to January 31, 2025.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

---

[1] Verified Notice of Claim From U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, ECF No. 272.

This Court should grant an extension of time to, and including, January 31, 2025, for the United States to file its response regarding U.S. Bank National Association's claim.

DATED: January 13, 2025.

JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: January 15, 2025