SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEELAD DEZFOOLI,<br><br>Defendant | Case No. 2:22-cr-00142-CDS-DJA<br><br>**Order Granting Government's Unopposed Motion to Extend the Time to File its Response Regarding U.S. Bank National Association's Claim, ECF No. 272 (Third Request)**<br><br>[ECF No. 320] |

The United States of America respectfully moves this Court for an Order extending the time for the government to file its response regarding U.S. Bank, National Association's claim[1] to and including February 6, 2025.[2] The current deadline is January 31, 2025. This is the third request.

The grounds for extending the time are as follows.

The government and Robert Riether, counsel for U.S. Bank, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, requested a sentence be added to the stipulation to settle the claim regarding 6033 Watermelon and the typographical errors be corrected on the Certificate of Insurance for 6033 Watermelon from IRS-CI's private contractor. It takes time for the respective parties to approve sentence and to obtain the corrected COI. On January 30, 2025, Riether

---

[1] Verified Notice of Claim From U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, ECF No. 272.
[2] LR IA 6-1(a) and (c).

agreed to continue the deadline for the government to respond to the Bank's Claim, ECF No. 272, to and including February 6, 2025.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, February 6, 2025, for the United States to file its response regarding U.S. Bank National Association's claim.

DATED: January 31, 2025

SUE FAHAMI
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2025