SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEELAD DEZFOOLI,<br><br>Defendant | Case No. 2:22-cr-00142-CDS-DJA<br><br>**Order Granting** Government's Unopposed Motion To Extend the Time to File its Response Regarding U.S. Bank National Association's Claim, ECF No. 272<br>**(Fourth Request)**<br>[ECF No. 352] |

The United States of America respectfully moves this Court for an Order extending the time for the government to file its response regarding U.S. Bank, National Association's claim[1] to and including February 20, 2025.[2] The current deadline is February 6, 2025. This is the fourth request.

The grounds for extending the time are as follows.

The government and Robert Riether, counsel for U.S. Bank, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, have reached an agreement for the settlement. Mr. Riether is now going through the process of getting appropriate signatures with U.S. Bank. On February 6, 2025. Mr. Riether hopes that U.S. Bank can sign the agreed upon stipulation within the next two weeks. Mr. Riether requested a continuance of the deadline for the government to respond to the Bank's Claim, ECF No. 272, to and including February 20, 2025.

---

[1] Verified Notice of Claim From U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2006-WMC4, Mortgage Pass-Through Certificates, Series 2006-WMC-4, ECF No. 272.
[2] LR IA 6-1(a) and (c).

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, February 20, 2025, for the United States to file its response regarding U.S. Bank National Association's claim.

DATED: February 6, 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2025