SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00142-~~RFB~~-DJA (CDS) |
| Plaintiff | **Order Granting Government's Unopposed Motion to Extend Time to File the Pre-Sentencing Briefs for Forfeiture (First Request)** |
| v. | |
| MEELAD DEZFOOLI, | |
| Defendant | [ECF No. 338] |

This Motion to Extend Time is the first request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending time for the government to file the pre-sentencing briefs for forfeiture to and including June 13, 2025. The original deadline to file the briefs is April 15, 2025.[1]

Lucas Gaffney, counsel for defendant, agreed to this extension of time on or around March 25, 2025.

Due to recent employee changes and understaffing issues within the U.S. Attorney's Office, undersigned has a larger workload than usual and is working as efficiently and quickly as possible to file the briefs timely. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /

---

[1] LCR 32-1(f).

Because of the foregoing reasons, the government requests the extension of time until June 13, 2025, to file the pre-sentencing briefs.

DATED: April 15, 2025.

SIGAL CHATTAH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**Order**

The Court finds that an extension of time is warranted due to the government's workload constraints and staffing issues; however, this is not a basis for good cause for such a request in the future.

It is ordered that the government's motion to extend time to file the pre-sentencing briefs for forfeiture **[ECF No. 338] is GRANTED**, therefore the deadline is extended to June 13, 2025.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2025