1  LUCAS J. GAFFNEY, ESQ.
   Nevada Bar No. 12373
2  GAFFNEY LAW
   9900 Covington Cross Drive, Suite 290
3  Las Vegas, Nevada 89144
   Telephone: (702) 742-2055
4  Facsimile: (702) 920-8838
   lucas@gaffneylawlv.com
5  *Attorney for Meelad Dezfooli*

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8
9  UNITED STATES OF AMERICA,        )    CASE NO:  2:22-cr-00142-CDS-DJA
                                    )
10            Plaintiff             )    **Order Approving STIPULATION TO**
                                    )    **EXTEND TIME TO FILE REPLY TO**
11  vs.                             )    **GOVERNMENT'S RESPONSE**
                                    )
12  MEELAD DEZFOOLI,                )    (First Request)
                                    )
13            Defendant             )    [ECF No. 340]
                                    )
14                                  )
                                    )
15

16

17  _____

18      IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, United

19  States Attorney; and David Zachary Adams and Taylor G. Stout, Trial Attorneys, Criminal

20  Division, U.S. Department of Justice, Money Laundering and Asset Recovery Section; and

21  Assistant United States Attorney, Daniel R. Schiess, counsel for the United States of America;

22  and Defendant MEELAD DEZFOOLI by and through his attorney, Lucas J. Gaffney, Esq., as

23  follows:

24      1. On March 10, 2025, MEELAD DEZFOOLI, through counsel, filed his Motion for

25         Judgment of Acquittal or Alternatively for a New Trial [ECF 331].

26      2. On April 14, 2025, the United States of America ("Government") filed its

27         United States's Response to Defendant's Motion for Acquittal or New Trial [ECF 337].

28

3. Upon filing of the Government's Response, the Court set a due date for MEELAD DEZFOOLI's Reply brief of April 21, 2025. However, given the length and complexity of the parties' arguments, MEELAD DEZFOOLI, needs an additional two weeks to consult with counsel, and draft his Reply.

4. Mr. Dezfooli is currently in custody and does not object to a two-week continuance of the briefing schedule.

5. Counsel for the United States of America; David Zachery Adams, Taylor G. Stout, and Daniel R. Schiess; do not oppose a two-week continuance of the briefing schedule to file the Reply brief.

6. The parties hereby stipulate and agree that MEELAD DEZFOOLI'S Reply to the United States's Response to Defendant's Motion for Acquittal or New Trial [ECF 337] shall be filed on or before May 5, 2025.

///

///

///

///

///

///

///

///

///

///

///

7. The parties further stipulate the Government be allowed two weeks to file a ~~Response~~ surreply to MEELAD DEZFOOLI'S Reply, if necessary. The Government's ~~Response~~ surreply would be due on or before May 19, 2025.

**IT IS SO STIPULATED** this 21st day of April 2025

*Respectfully submitted,*

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for Meelad Dezfooli*

SIGAL CHATTAH
United States Attorney

*/s/ Dan Schiess*
DANIEL R. SCHIESS
*Attorney for the United States of America*

*/s/ Taylor Stout*
Taylor G. Stout
*Attorney for the United States of America*

*/s/ David Adams*
David Zachary Adams
*Attorney for the United States of America*

It is ordered that the parties' stipulation to extend time **[ECF No. 340] is approved**, therefore defendant Meelad Dezfooli's reply to the government's response is extended to May 5, 2025. The government is permitted to file a surreply on or before May 19, 2025.

Dated: April 23, 2025

_____
Cristina D. Silva
United States District Judge

3