UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff<br><br>v.<br><br>Melaad Dezfooli,<br><br>            Defendant | Case No. 2:22-cr-00142-CDS-DJA<br><br>Order Striking Motions, Briefings, and Notice Filed by Defendant and Denying as Moot the Government's Motion to Strike<br><br>[ECF Nos. 341, 342, 343, 344, 345, 346, 348, 350, 351] |

Defendant Meelad Dezfooli has filed a motion for leave to file an omnibus motion, as well as several "Motions/Briefs." *See* ECF Nos. 341, 342, 343, 344, 345, 346, 348, 351. A person who is represented by counsel "cannot while so represented appear or act in the case." Local Rule IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995), *aff'd* 92 F.3d 1194 (9th Cir. 1996); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Dezfooli is represented by counsel, so his pro se filings **[ECF Nos. 341, 342, 343, 344, 345, 346, 348, 351] are STRICKEN**. Because those filings are stricken, the government's motion to strike the documents [ECF No. 350] **is denied as moot**.

Dated: April 30, 2025

_____
Cristina D. Silva
United States District Judge