LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Meelad Dezfooli*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>MEELAD DEZFOOLI,<br><br>　　　　　Defendant | CASE NO: 2:22-cr-00142-CDS-DJA<br><br>**Order Approving STIPULATION TO EXTEND TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE (ECF No. 337]**<br><br>(Second Request)<br><br>[ECF No. 355] |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, United States Attorney; and David Zachary Adams and Taylor G. Stout, Trial Attorneys, Criminal Division, U.S. Department of Justice, Money Laundering and Asset Recovery Section; and Assistant United States Attorney, Daniel R. Schiess, counsel for the United States of America; and Defendant MEELAD DEZFOOLI by and through his attorney, Lucas J. Gaffney, Esq., as follows:

　　1. On March 10, 2025, MEELAD DEZFOOLI, through counsel, filed his Motion for Judgment of Acquittal or Alternatively for a New Trial (ECF No. 331).

　　2. On April 14, 2025, the United States of America ("Government") filed its United States's Response to Defendant's Motion for Acquittal or New Trial (ECF No. 337).

3. Upon filing of the Government's Response, the Court set a due date for MEELAD DEZFOOLI's Reply brief of April 21, 2025. On April 21, 2025, the parties filed a stipulation to extend the due date for MEELAD DEZFOOLI's Reply brief to May 5, 2025. (ECF No. 340). On April 23, 2025, this Court granted the stipulation. (ECF No. 349).

4. Counsel for MEELAD DEZFOOLI requires one additional week to draft the Reply brief due to illness. Additionally, counsel requires additional time to consult with MEELAD DEZFOOLI regarding the Reply.

5. Mr. Dezfooli is currently in custody and does not object to a two-week continuance of the briefing schedule.

6. Counsel for the United States of America; David Zachery Adams, Taylor G. Stout, and Daniel R. Schiess; do not oppose a one-week continuance of the briefing schedule to file the Reply brief.

7. The parties hereby stipulate and agree that MEELAD DEZFOOLI'S Reply to the United States's Response to Defendant's Motion for Acquittal or New Trial (ECF No. 337) shall be filed on or before May 12, 2025.

///
///
///
///
///
///
///
///
///

8. The parties further stipulate the Government be allowed two weeks to file a Response to MEELAD DEZFOOLI'S Reply, if necessary. The Government's Response would be due on or before May 26, 2025.

**IT IS SO STIPULATED** this 5th day of May 2025

Respectfully submitted,

/s/ Lucas Gaffney
LUCAS J. GAFFNEY, ESQ.
Attorney for Meelad Dezfooli

SIGAL CHATTAH
United States Attorney

/s/ Dan Schiess
DANIEL R. SCHIESS
Attorney for the United States of America

/s/ Taylor Stout
Taylor G. Stout
Attorney for the United States of America

/s/ David Adams
David Zachary Adams
Attorney for the United States of America

Based on the parties' stipulation, the deadline for Dezfooli to reply to the United States's response to the motion for acquittal or new trial is extended to May 12, 2025. The government is permitted to file a surreply on or before May 26, 2025.

Dated: May 5, 2025

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE