SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEELAD DEZFOOLI,<br><br>Defendant | Case No. 2:22-cr-00142-CDS-DJA<br><br>**Order Granting** Motion to Withdraw as Forfeiture Attorney<br><br>[ECF No. 360] |

Under LR IA 11-6(b), the United States moves this Court to allow undersigned, Daniel D. Hollingsworth, to withdraw as the forfeiture attorney of record for the United States of America in this case. Under LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown because forfeiture has been reassigned to an MLARS DOJ Trial Attorney, and the government is currently represented. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

Dated: May 16, 2025.

SIGAL CHATTAH
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2025