1
2
3
4
5

LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Meelad Dezfooli*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:22-cr-00142-CDS-DJA |
| Plaintiff | **Order Approving STIPULATION TO EXTEND TIME TO FILE REPLY TO UNITED STATES' MOTION FOR ENTRY OF A FORFEITURE MONEY JUDGMENT IN THE AMOUNT OF $11,231,186.52 [ECF 365]** |
| v. | |
| MEELAD DEZFOOLI, | (First Request) |
| Defendant | [ECF No. 366] |

IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, United States Attorney; and David Zachary Adams and Taylor G. Stout, Trial Attorneys, Criminal Division, U.S. Department of Justice, Money Laundering and Asset Recovery Section; and Assistant United States Attorney, Daniel R. Schiess, counsel for the United States of America; and Defendant MEELAD DEZFOOLI by and through his attorney, Lucas J. Gaffney, Esq., as follows:

1. On June 10, 2025, the United States of America ("Government") filed its United States's Motion for Entry of a Forfeiture Money Judgment in the Amount of $11,231,186.52 [ECF 365].

2. Upon filing of the Government's motion, the Court set a due date of June 24, 2025, for MEELAD DEZFOOLI's Response.

3. Counsel for MEELAD DEZFOOLI requires one (1) additional week to draft the Response. The additional time is needed for counsel to review the trial transcripts referenced in the motion in order to verify the government's assertions, as well as formulate an effective counterargument.

4. Counsel for the United States of America; David Zachery Adams, Taylor G. Stout, and Daniel R. Schiess; do not oppose a one-week continuance of the briefing schedule to file the Response.

5. The parties hereby stipulate and agree that MEELAD DEZFOOLI'S Response to the United States's Motion for Entry of a Forfeiture Money Judgment in the Amount of $11,231,186.52 [ECF 365] shall be filed on or before July 1, 2025.

///
///
///
///
///
///
///
///
///
///
///
///

6. The parties further stipulate the Government be allowed two weeks to file a Reply to MEELAD DEZFOOLI'S Response, if necessary. The Government's Reply would be due on or before July 15, 2025.

**IT IS SO STIPULATED** this 20th day of June 2025

*Respectfully submitted,*

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for Meelad Dezfooli*

SIGAL CHATTAH
United States Attorney

*/s/ Dan Schiess*
DANIEL R. SCHIESS
*Attorney for the United States of America*

*/s/ Taylor Stout*
Taylor G. Stout
*Attorney for the United States of America*

*/s/ David Adams*
David Zachary Adams
*Attorney for the United States of America*

**IT IS SO ORDERED.**

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2025