# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Meelad Dezfooli,<br><br>　　　　Defendant | Case No. 2:22-cr-00142-CDS-DJA<br><br>**Order Striking Notice and Motion Filed by Defendant Meelad Dezfooli**<br><br>[ECF No. 375, 376] |

Defendant Meelad Dezfooli filed a motion for leave to file omnibus motions. ECF No. 376. In addition to the motion, a notice was filed on Dezfooli's behalf indicating that Dezfooli will move to substitute a signed version of his motions in the future. However, a person who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Because Dezfooli is represented by counsel, the pro se motion and notice are stricken.

## Conclusion

IT IS HEREBY ORDERED that the notice [ECF No. 375] and motion for leave [ECF No. 376] are STRICKEN.

Dated: July 30, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　United States District Judge