# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:22-cr-00142-CDS-DJA |
| Plaintiff | **Order** |
| v. | |
| Meelad Dezfooli, | |
| Defendant | |

Defendant Meelad Dezfooli was scheduled to appear for a sentencing hearing today at 10:00 a.m. Dezfooli (whose appearances have sometimes been uncooperative) is detained pending sentencing. The United States Marshal Service ("USMS") has informed the court that Dezfooli is refusing to be transported for today's hearing. Indeed, the USMS advised that Dezfooli was demanding a protein shake that is no longer authorized by the medical staff at the Nevada Southern Detention Center. Despite Dezfooli's representation to his attorney that he fully intended on coming to today's hearing, Dezfooli's demand was confirmed by an email sent to the court by an unidentified individual named Michelle Mlynarczyk, which states in relevant part "I must inform you that Mr. Dezfooli was unable to make transport in time due to an early departure and an unresolved medical issue." *See* Exhibit 1. The "unresolved medical issue" is explained as Dezfooli's alleged need for protein shakes. *Id.* It remains unclear who Ms. Mlynarczyk is, what role she plays in Dezfooli's life, and much less, if she is a medical professional. Stated otherwise, the letter confirms that Dezfooli refused transport this morning. This refusal, and resulting sentencing delay, is on the heels of the court being advised that Dezfooli is now requesting that his court appointed attorney withdraw. The court cannot resolve Dezfooli's request without his presence.

Dezfooli's actions are causing unnecessary delays to the administration of justice. Consequently, the court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel this defendant to be transported and to appear before this court for his sentencing hearing tomorrow, August 21, 2025, at 10:00 a.m., in Courtroom 6B of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

IT IS THEREFORE ORDERED that the USMS is authorized to use reasonable force as it deems necessary to compel the defendant to be transported for and appear at the sentencing hearing scheduled for August 21, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: August 20, 2025

_____
Cristina D. Silva
United States District Judge