UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-00142-CDS-DJA |
| Plaintiff | **Order Striking Motions Filed by Defendant** |
| v. | |
| Melaad Dezfooli, | [ECF Nos. 395, 396, 397, 398] |
| Defendant | |

Defendant Meelad Dezfooli has filed a (1) motion to correct the sentence, (2) motion for an extension of time to file a Rule 33 motion, (3) motion for a new trial, and (4) motion for appointment of counsel. *See* ECF Nos. 395, 396, 397, 398. A person who is represented by counsel "cannot while so represented appear or act in the case." Local Rule IA 11-6(a); *United States v. Gallardo*, 915 F. Supp. 216, 218 n.1 (D. Nev. 1995), *aff'd* 92 F.3d 1194 (9th Cir. 1996); *see also Le v. Almager*, 2013 WL 415632, at *1 (N.D. Cal. Jan. 31, 2013) ("A court need not consider pro se motions filed by a party who remains represented by counsel."). Dezfooli is represented by counsel, so his pro se filings **[ECF Nos. 395, 396, 397, 398] are STRICKEN**.

Dated: September 8, 2025

_____
Cristina D. Silva
United States District Judge