KING SCOW KOCH DURHAM LLC
Steven B. Scow, NV Bar No. 9029
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Tel:  702-833-1100
Fax:  702-833-1107
E-mail:  sscow@kskdlaw.com

Attorneys for Red Rock Financial Services

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEELAD DEZFOOLI,<br><br>　　　　Defendant. | Case No.:  2:22-CR-00142-CDS-DJA<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

Red Rock Financial Services, the collection agent for Paradise Hills Landscape Maintenance Association, Inc. (collectively, "Red Rock"), by and through its attorneys of record of the law firm of King Scow Koch Durham, LLC, hereby requests the removal of Steven B. Scow, Esq. and David R. Koch Esq. from the Service List in the above-captioned matter. A *Withdrawal of Verified Claim, ECF No. 276 by Red Rock Financial Services on Behalf of Paradise Hills Landscape Maintenance Association's Notice* was filed on January 13, 2025, as ECF 317. As a result, it is no longer necessary that Steven B. Scow, Esq. and David R. Koch Esq. receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Steven B. Scow, Esq. and David R. Koch, Esq. be removed from the Service List in this matter.

Dated: September 8, 2025

　　　　　　　　　　　　　　　　*/s/ Steven B. Scow*
　　　　　　　　　　　　　　　　STEVEN B. SCOW, ESQ.
　　　　　　　　　　　　　　　　Attorneys for Paradise Hills Landscape Maintenance
　　　　　　　　　　　　　　　　Association, Inc. c/o Red Rock Financial Services

-2-

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of King Scow Koch Durham, LLC and on January 13, 2025, I electronically filed and served the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** with the United States District Court for the District of Nevada EFile system.

Executed on September 8, 2025, at Henderson, Nevada.

/s/      Andrea W. Eshenbaugh
An Employee of King Scow Koch Durham, LLC

**IT IS SO ORDERED**.

DATED: 9/15/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE