———2:22-cr-142-CDS-DJA———

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                Plaintiff      )  **Case No.2:22-cr-00142-CDS-DJA**
                              )
      vs.                      )
                              )      **ORDER TEMPORARILY**
MEELAD DEZFOOLI,              )      **UNSEALING NOTES**
              Defendant      )

On January 14, 2026, Samantha McNett, Court Reporter, received a Transcript Order Form from Theodore Blank, Esq., requesting transcripts of several proceedings in which portions of the hearings were sealed, held on the following dates: August 16, 2024, October 1, 2024, and August 21, 2025.

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing copies of the transcripts as requested by Mr. Blank.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed and certified copies of the transcripts be delivered to the Clerk pursuant to 28, U.S.C. Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

Dated: February 17, 2026

_____
CRISTINA D. SILVA
United States District Judge